IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr348-MHT |
| | ) | (WO) |
| RUBICEL LOPEZ-RAMOS | ) | |

ORDER

Upon consideration of the government's motion to dismiss the indictment against Rubicel Lopez-Ramos in the interest of justice (doc. no. 16), which the court construes as a motion for leave to dismiss the indictment pursuant to Federal Rule of Criminal Procedure 48 and as the government's notice of dismissal of the indictment, it is ORDERED that:

(1) The motion for leave to dismiss the indictment (doc. no. 16) is granted.

(2) The indictment (doc. no. 5) is dismissed, and defendant Rubicel Lopez-Ramos is discharged.

This case is closed.

DONE, this the 14th day of November, 2019.

                                       /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE